IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| | CASE NO. 11-09811 ESL |
| NELLY LOPEZ MOLINA | Chapter 13 |
| | |
| XXX-XX-9153 | |
| | **FILED & ENTERED ON 03/14/2012** |
| Debtor(s) | |

ORDER

The motion filed by Mr. Roberto Garced Lopez to set aside the order granting debtor's objection to claim #02 and for the objection to be denied (docket #36) is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 14 day of March, 2012.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR(S)
WILBERT LOPEZ MORENO
ALEJANDRO OLIVERAS RIVERA
CESAR ANDREU